

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2016

No. 04-16-00756-CR

In re Hisidoro D. **RAMON**, Jr.

Original Mandamus Proceeding[1]

## ORDER

Sitting:      Karen Angelini, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Relator's petition for writ of mandamus is DENIED. Relator's motion for leave to file a petition for writ of mandamus is DENIED AS MOOT. The court's opinion will follow at a later date.

It is so **ORDERED** on December 1, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of December, 2016.

_____
Keith E. Hottle, Clerk

---

[1]This proceeding arises out of Cause No. B15-33, styled *State of Texas v. Hisidoro D. Ramon, Jr.*, pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable M. Rex Emerson presiding.